AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Rachel Myers and Michael Gianos | ) Case: 1:21-mj-00665 |
| | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 11/22/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **Rachel Myers**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2)
40 U.S.C. § 5104(e)(2)(D) and (G)

Date: 11/22/2021

*Issuing officer's signature*
Zia M. Faruqui

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/22/21, and the person was arrested on *(date)* 12/01/21
at *(city and state)* Philadelphia, PA.

Date: 12/1/21

*Arresting officer's signature*

Neal Larson FBI Task Force Officer
*Printed name and title*