# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR#22-0074 |
| | : | |
| **v.** | : | |
| | : | |
| **RACHEL MYERS** | : | |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

    Kindly enter the appearance of Thomas F. Burke, Esquire as counsel of record for

RACHEL MYERS in reference to the above captioned case.

Thomas F. Burke, Esquire
Borum, Burke & DiDonato LLC
ID# PA0112
Two Penn Center Plaza – Suite 900
1500 JFK Blvd.
Philadelphia, PA 19102
(215) 568-1247
tburke@borumburke.com

                                                              /s/ ***Thomas F. Burke, Esquire***
                                                             Thomas F. Burke, Esquire
                                                             Counsel for RACHEL MYERS

**Dated: 05/02/2022**