IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR#22-0074 |
| | : | |
| v. | : | |
| | : | |
| RACHEL MYERS | : | |

**MOTION TO MODIFY CONDITIONS**
**OF PRE-TRIAL RELEASE**

TO THE HONORABLE JIA M. COBB, JUDGE OF THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA:

**AND NOW** COMES THE DEFENDANT RACHEL MYERS, by and through her attorney Thomas F. Burke, Esquire, who hereby avers the following facts and requests the following relief:

1. Rachel Myers was charged by way of complaint with Entering into a Restricted Building or Grounds and Disorderly Conduct on Capital Grounds, in violation of 18 U.S.C. §1752(a)(1) and 40 U.S.C. 5104(e)(2)(D) and (G).

2. The defendant was arrested by way of an arrest warrant in November of 2021, and appeared before D.C. Magistrate Judge Zia Faruqui, December 9, 2021 where she entered a plea of not guilty. Judge Faruqui ordered standard conditions of release including restricting the defendant's travel to the Eastern District of Pennsylvania.

3. As a resident of Philadelphia, the defendant is a 5-minute car ride from the Delaware River which separates the Eastern District of Pennsylvania and the State of New Jersey.

4. The defendant has numerous family and friends who are residents of New Jersey. Defendant is also involved in a personal relationship with a man who lives in New Jersey. The defendant also has a close friend who owns a home in Wildwood, New Jersey and to which she has free access.

5. The defendant has applied for and been given permission from pre-trial services to make trips into New Jersey.

6. Because the defendant has family and friends in New Jersey as well as access to a vacation home in Wildwood, New Jersey, the defendant hereby requests of this Court to include the State of New Jersey withing her pre-trial travel restrictions.

7. The defendant has not had any violations of any conditions while on pre-trial release.

8. Counsel for the defendant has spoken to pre-trial services Officer James Geddis regarding this request, and he has no objection to including New Jersey withing the defendant's travel restrictions.  In fact, it was Officer Geddis who suggested counsel make this Motion.

9. Counsel for the defendant has also spoken to assigned AUSA Jennifer Rozzini regarding this request, and she has no objections.

**WHEREFORE,** the defendant Rachel Myers respectfully requests this Court Modify her Conditions of Pre-Trial Release and include the State of New Jersey within her travel restrictions.

    Respectfully submitted,

    ***Thomas F. Burke, Esquire***
    Thomas F. Burke, Esquire
    Counsel to Rachel Myers

IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** : CR#22-0074
:
**v.** :
:
**RACHEL MYERS** :

**ORDER**

**AND NOW**, this _____ day of _____, 2022, upon consideration of the attached Motion to Modify Conditions of Pre-Trial Release, and there being no objections thereto by the government or pre-trial services, said Motion is GRANTED. The defendant may travel to and from the State of New Jersey without pre-approval from pre-trial services.

BY THE COURT:

_____

J.

## CERTIFICATE OF SERVICE

I, Thomas F. Burke, Esquire, hereby certify that I have sent a true and correct copy of the foregoing Motion to Modify Conditions of Pre-Trial Release to the following persons this day via the ECF filing system.

AUSA Jennifer Rozzoni
District of New Mexico (on detail with the District of Columbia)

Date: **06/29/2022**

/s/ Thomas F. Burke, Esquire
Thomas F. Burke, Esquire
Counsel to Rachel Myers