**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RACHEL MYERS, *ET AL.*,<br><br>Defendants. | Criminal Action No. 22-74 (JMC) |

## ORDER

Upon consideration of Defendant Rachel Myers' Motion to Modify Conditions of Pretrial Release, ECF 30, and there being no objections thereto by the Government or Pretrial Services, the Court ORDERS that the Motion is GRANTED. Ms. Myers may travel to and from the State of New Jersey without preapproval from Pretrial Services.

**SO ORDERED.**

DATE: June 30, 2022

_____
Jia M. Cobb
U.S. District Court Judge

1