IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR#22-0074 (JMC)** |
| | : | |
| v. | : | |
| | : | |
| **RACHEL MYERS** | : | |

## ORDER

**AND NOW**, this 16th day of August, 2022, upon consideration of the attached Motion to Modify Conditions of Pre-Trial Release, and there being no objections thereto by the government, said Motion is GRANTED. The defendant may travel to Palm Springs, Florida from September 4 through September 8, 2022.

Dated: August 16, 2022

_____
Jia M. Cobb
U.S. District Court Judge