**IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA**

| UNITED STATES OF AMERICA | : | CR#22-0074 |
| --- | --- | --- |
|  | : |  |
| v. | : |  |
|  | : |  |
| RACHEL MYERS | : |  |

### ORDER

**AND NOW**, this 18th day of August, 2022, upon consideration of the attached Motion to Modify Conditions of Pre-Trial Release, and there being no objections thereto by the government, said Motion is GRANTED. The defendant may travel to **_Palm Beach,_** Florida from September 4th through September 8, 2022. The August 16th Order allowing the defendant to travel to **_Palm Springs_**, Florida is hereby rescinded.

BY THE COURT:

_____

J.