UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:22-cr-00074-(JMC) |
| v. | : | |
| | : | |
| RACHEL MYERS | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES OF AMERICA'S MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL MEMORANDUM IN SUPPORT OF GOVERNMENT'S SENTENCING MEMORANDUM**

The United States of America hereby moves this Court for an order granting the Government permission to file, under seal, a Supplemental Memorandum in support of its Sentencing Memorandum. The supplemental memorandum contains sensitive and confidential information that cannot be reasonably redacted without affecting the memorandum's comprehensibility.

The undersigned has conferred with counsel for the defendant and counsel for the defendant agrees that the information contained in the supplemental memorandum should sealed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Eric Boylan
ERIC W. BOYLAN
Assistant United States Attorney
Texas Bar No. 24105519
601 D Street N.W.
Washington, DC   20002
Tel:   (202) 815-8608
Email: eric.boylan@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 2nd day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

    /s/ *Eric Boylan*
Eric W. Boylan
Assistant United States Attorney